```
1  WESTON & McELVAIN LLP
   Randy M. McElvain (State Bar No. 137046)
2  Bevin A. Berube (State Bar No. 227965)
3  601 South Figueroa Street, Suite 2350
   Los Angeles, California 90017
4  Telephone:  (213) 596-8000
   Facsimile:  (213) 596-8039
5  Email:      rmm7@wmattorneys.com
6              bberube@wmattorneys.com

7  Attorneys for Defendant
   TRAVELERS COMMERCIAL INSURANCE
8  COMPANY
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE ROSTAMI, an individual; DORITA GARSHOONI, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 50, Inclusive; <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY); EXHIBITS "1" TO "3"** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Travelers Commercial Insurance Company ("Travelers"), hereby removes to this Court the state court action described below.

///

1.     On February 10, 2015, Plaintiffs Mike Rostami and Dorita Garshooni ("Plaintiffs") filed an action in the Los Angeles Superior Court entitled <u>Rostami, et al. v. Travelers Commercial Insurance Company</u>, Case No. BC571734 (hereinafter "State Action").  A true and correct copy of the State Action ("Complaint") is attached hereto as Exhibit "1."

2.     On July 30, 2015, Travelers Commercial Insurance Company ("Travelers") accepted service of a copy of the Summons and Complaint by Notice and Acknowledgment of Receipt.  Attached hereto as Exhibit "2" is a true and correct copy of the Notice and Acknowledgment of Receipt.

3.     Travelers removes this action to this division of the Central District because the State Action was pending in the Los Angeles County Superior Court, located in the Central District.

4.     Removal is timely since it is within 30 days after Travelers accepted service of the Summons and Complaint in the State Action by Notice and Acknowledgment of Receipt on July 30, 2015 and within one year from the date the Complaint was filed on February 10, 2015.

5.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Travelers pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.

6.     As alleged in the Complaint, Plaintiffs are, and at all relevant times were, "the owners of the real property located at 703 Rodeo Drive, Beverly Hills, in Los Angeles County, California." [<u>See</u> Complaint attached as Exhibit "1" at ¶ 1] Plaintiffs are, and at all relevant times were, domiciled in Beverly Hills, California. [See Declaration of Bevin A. Berube In Support of Notice of Removal ("Berube Decl."), ¶ 2 and Exhibit "4" thereto]

///

7. Travelers is, and at all relevant times herein was, a corporation duly organized and existing under the laws of the State of Connecticut, and maintains its principal place of business in Hartford, Connecticut. [See Complaint attached as Exhibit "1" at ¶ 2; See Berube Decl. ¶ 3 and Exhibit "5" thereto]

8. In the State Action, Plaintiffs allege the following causes of action: 1) Breach of Contract, and 2) Breach of the Implied Covenant of Good Faith and Fair Dealing.

9. The Complaint alleges that Travelers issued homeowners insurance policy number 9844281316371 to Plaintiffs for the residence located at 703 Rodeo Drive, Beverly Hills, California ("Property"). [See Exhibit "A" to Complaint attached hereto as Exhibit "1"] Plaintiffs allege that the Property was damaged as a result of a burst fire sprinkler main line which occurred on May 3, 2011. [See Complaint attached as Exhibit "1" at ¶ 5] Plaintiffs contend that they submitted a claim to Travelers for water damage to the Property and that Travelers "failed to consider the full scope of the damage with the intent and purpose to underpay the claim." [See Complaint attached as Exhibit "1" at ¶¶ 7-8] Aside from policy benefits, Plaintiffs also seeks pre-judgment interest, general and consequential damages, attorneys' fees, and costs of suit. [See Complaint attached as Exhibit "1" at page 4, lines 16-22]

10. The amount in controversy as to Plaintiffs' breach of contract claim alone exceeds $75,000, as Plaintiffs claim unpaid property losses in excess of $400,000, additional living expense benefits in excess of $300,000, and additional storage expenses of $75,000. [See Declaration of Cy Minert ¶ 2-4 and Exhibits "6-7" thereto] Given the damages asserted by Plaintiffs in connection with this action, the amount in controversy in this action unquestionably exceeds $75,000, the minimum amount for jurisdiction in this Court.

11. Attached hereto as Exhibit "3" are true and correct copies of the following documents, which were served on Travelers, along with the Summons and

1  Complaint:  a) Summons; b) Civil Case Cover Sheet; c) Civil Case Cover Sheet
2  Addendum and Statement of Location; d) Notice of Case Assignment.  The attached
3  documents represent all notice, process and proceedings received by Travelers; and,
4  to its knowledge, no hearings or other proceedings have taken place in this action.

6  DATED:  August 28, 2015                    WESTON & McELVAIN LLP

                                              */s/ Bevin A. Berube*
                                              Randy M. McElvain
                                              Bevin A. Berube
                                              Attorneys for Defendant
                                              TRAVELERS COMMERCIAL
                                              INSURANCE COMPANY